# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO  Spokane

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

June 18, 2014

The Honorable John T. Rodgers
U.S. Magistrate Judge
Thomas S. Foley United States Courthouse
920 West Riverside Avenue, Room 740
Spokane, WA 99201-1010

> **RE:** Curry, Amanda E.
> **DOCKET NO:** 2:13CR00177-RMP-3
> **PRETRIAL RELEASE DATE:** March 20, 2014
> **PRESENT LOCATION:** ███████████
> Spokane, WA 99224
> **REQUEST FOR MODIFICATION**

Dear Judge Rodgers:

Amanda Curry appeared before Your Honor on March 20, 2014, and was released with pretrial release conditions.

Ms. Curry is in compliance with her release conditions, and is currently attending intensive outpatient substance abuse treatment.

Ms. Curry is involved in family court proceedings regarding her three children.  Her oldest child is diabetic, and she is quite concerned about the medical care he is receiving while residing in his grandmother's home, however, the Court has yet to change the custody situation due to Ms. Curry's pending federal charges.

Ms. Curry is actively seeking employment, but has had difficulty obtaining employment due to the pending charges against her.

The defendant has requested mental health treatment in order to help her cope with her current circumstances.  Please find the attached signed consent to modify conditions of release to include mental health treatment.

**June 18, 2014**
**Page 2**

I have spoken with Ms. Curry's attorney, Bryan Whitaker, regarding said modification, and he has signed the consent as well.

If you have any questions, please let me know.

Respectfully submitted,


s/Anne Sauther            06/18/2014 ___
Anne Sauther
United States Probation Officer


APPROVED BY:


s/Matthew Thompson    06/18/2014 _
Matthew Thompson
Supervising U.S. Probation Officer


AS/sf

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

United States of America      )
                    )
        vs             )
                    )
Amanda Curry         )      **Case No. 2:13-CR-177-RMP-3**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Amanda Curry, have discussed with Anne Sauther, Pretrial Services/Probation Officer, modification of my release as follows:

You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient conferment, absent further order of the court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

I consent to this modification of my release conditions and agree to abide by this modification.

_Amanda Curry_     6/17/14     _Anne Sauther_     6/17/14
Signature of Defendant      Date      Pretrial Services/Probation Officer     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_     6/17/14
Signature of Defense Counsel     Date

[X] The above modification of conditions of release is ordered, to be effective on 6-18-14

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____ John Rodgers, USMJ        6-18-14
Signature of Judicial Officer                    Date