1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,

8                          Plaintiff,          NO:  2:13-CR-177-RMP-3

9          v.                                   ORDER GRANTING MOTION TO
                                                 MODIFY CONDITIONS OF
10   AMANDA E. CURRY (3),                        RELEASE

11                          Defendant.

12

13        Before the Court is Defendant Amanda Curry's Motion to Modify

14   Conditions of Release, ECF No. 223.  Ms. Curry requests the Court to modify her

15   conditions of release so that she may take her children to visit their father, Stafone

16   Fuentes, who was charged in this matter and who currently is incarcerated.

17        At a hearing on this motion, counsel for Ms. Curry explained that only a

18   legal guardian is permitted to accompany minor children to visit inmates.  The

19   Government strongly objects to Ms. Curry's request but confirmed that the

20

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 1

Spokane County Jail allows only a legal guardian to bring minor children to the facility. ECF No. 226.

After careful consideration, the Court finds good cause to modify the conditions of Ms. Curry's release so that she may take her children to visit their father.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Amanda Curry's Motion to Modify Conditions of Release, **ECF No. 223**, is **GRANTED**.

2. Paragraph 14 of Defendant Amanda Curry's conditions of release is modified so that she may have contact with Stafone Fuentes for the sole purpose of allowing Ms. Curry's three children to visit Mr. Fuentes.

3. All other conditions of Ms. Curry's release remain as stated in the Court's prior orders.

The District Court Clerk is directed to enter this Order and provide copies to counsel and to the U.S. Probation Office.

**DATED** this 10th day of July 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE ~ 2